DAVID CHAMPION, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT.

Submitted May term, 1929—Decided June 12, 1929.

Before Justices PARKER, BLACK and BODINE.

For the appellant, *Henry H. Fryling.*

For the respondent, *Samuel S. Stern.*

PER CURIAM.

This is a companion case to No. 405. The trial resulted in a judgment for the plaintiff for $200. The judgment of the District Court is affirmed, with costs, for the reasons stated in No. 405 of the present term.